IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRIGILD IVL, LLC, IN ITS CAPACITY AS RECEIVER FOR THE SPECIFIC ASSETS OF UNIZO REAL ESTATE DC SIX, LLC<br>4131 N. Central Expressway<br>Suite 75<br>Dallas, Texas 75204<br><br>    Plaintiff,<br><br>v.<br><br>CREDENCE MANAGEMENT SOLUTIONS, LLC<br>1775 Tysons Boulevard, Suite 800<br>Tysons, VA 22102<br><br>  Registered Agent:<br>  Incorp Services, Inc.<br>  7288 Hanover Green Dr.<br>  Mechanicsville, VA, 23111<br><br>    Defendant. | Civil Case No.: 25-2746 |

**COMPLAINT FOR BREACH OF CONTRACT**

Plaintiff Trigild IVL, LLC ("Trigild"), in its capacity as Receiver for those specific assets of Unizo Real Estate DC Six, LLC ("Unizo Real Estate"), by their undersigned counsel, and for their Complaint against Credence Management Solutions, LLC ("Credence" or Defendant"), states as follows:

**PARTIES**

1. Trigild is a limited liability company incorporated under the laws of Delaware and headquartered in Dallas, Texas.

2. Credence is a Virginia limited liability company.

## JURISDICTION

3. The Court has jurisdiction pursuant to 28 U.S. Code § 1332 because this matter is between citizens of different states and the amount in controversy exceeds $75,000.00.

4. Venue lies properly within this Court under 28 U.S. Code § 1391 because the property at issue is in the District of Columbia, and all of the events or omissions giving rise to the instant claim occurred in the District of Columbia.

## FACTUAL BACKGROUND

5. Trigild was appointed as Receiver of the building owned by Unizo Real Estate, and which is located at 425 Third Street S.W., Washington, DC 20024 ("Building") pursuant to that certain Order Granting Emergency Motion for Appointment of Receiver dated December 4, 2024, in the United States District Court for the District of Columbia, Civil Action No. 1:24-cv-03263-JMC ("Receivership Order"). *See* Ex. A, Receivership Order.

6. Pursuant to the Receivership Order, Trigild is authorized to "take all steps necessary to recover funds owed to Unizo Real Estate as a result of Unizo Real Estate's business operations related to the Property, including liquidation of accounts receivable, the collection of rents and leases, whether now existing or hereafter collected, including the rents, profits, income and security deposits, and the collection of similar obligations owed to Unizo Real Estate…" *Id.* at p. 2.

7. On July 31, 2024, Credence entered into a lease agreement with Unizo Real Estate for the use of an office space of approximately 13,468 square feet of rentable area comprising of a portion of the seventh floor of the Building, better known as Suite 700 in the Building. Ex. B, Lease Agreement.

8. The Lease's term runs one hundred thirty-eight (138) full calendar months (nearly 11.5 years) commencing on June 1, 2025 ("Lease Commencement Date"). *Id.* at ¶¶ 1.3 and 3.2.

9. For the entire duration of the Lease's term, Credence is required to pay monthly installments in rent. Credence was required to pay $60,044.83 in base rent a month during the first lease year (the period of 12 months commencing on June 1, 2025). *Id.* at ¶ 4.1.

10. On March 24, 2025, Credence issued a termination of lease letter in violation of the Lease terms. It claimed that it was terminating the Lease because the "sole purpose" of entering the Lease was to service to United States Agency of International Development ("USAID") and that its contract with USAID had been terminated. *See* Ex. C, Termination Letter.

11. Credence's termination of the Lease is in violation of the Lease terms which only grants Credence with a termination option between the period commencing on May 31, 2030, and expiring May 31, 2031, and only after at least twelve (12) months of notice is provided. Ex. B, at ¶ 26.1(b).

12. Credence has also failed to make payment on rent for the months of July and August, 2025.

13. Credence's failure to pay rent when due is also an "Event of Default" under the Lease. *Id.* at ¶ 19.2.

14. Credence has contractual obligations to fulfill its payment obligations under the Lease through the expiration of the Lease term.

15. Upon any failure to make payment when due, a five percent (5%) late fee is applied on the outstanding amount. In addition, "such payment and such late fee shall bear interest at the Default Rate"[1]. *Id.* at ¶ 19.6.

16. In addition, upon an event of default, the Lease allows for the acceleration of rent from the date of Credence's event of default through the remainder of the lease terms. *Id.* at ¶ 19.2.

17. On July 7, 2025, Trigild issued a default letter notifying Credence of its failure to pay rent when due. Trigild sent a second default letter on August 7, 2025. *See* Ex. D, Default Letters.

18. As of August 19, 2025 hereof, Credence has failed to cure its contractual defaults and presently owes $8,241,823.42 in outstanding rent, late fees and interest. *See* Ex. E, Tenant Ledger.

19. Under the terms of the Lease, Trigild is also entitled to recover its attorneys' fees and court costs in enforcing the terms of the Lease upon Credence's breach of its obligations. Ex. B, ¶ 15.2.

## COUNT I-BREACH OF CONTRACT

20. The allegations contained in paragraphs 1-19 are incorporated by reference herein.

21. Credence and Unizo Real Estate entered into a legal binding contract when they executed the Lease agreement on July 31, 2024.

22. Credence's early termination of the Lease on March 24, 2025 and failure to pay rent when due, constitutes a breach of the Lease terms which required that Credence occupy the

---

[1] The "Default Rate" is defined to be the greater of 10% or 4 percentage points above the prime rate.

Premises and pay rent through the term of the Lease, beginning on June 1, 2025 and for a period of 138 months.

23. As a result of Credence's breach, Trigild in its capacity as Receiver for Unizo Real Estate has been damaged in the amount of $8,241,823.42 plus any additional damages that accrue through the date of judgment, including any late fees, interest, and other charges identified in the Lease, as well as attorneys' fees and costs, and any additional accrual of payment obligations under the Lease.

WHEREFORE, Trigild IVL, LLC, in its capacity as Receiver for Unizo Real Estate requests that this Court enter a money judgment against Credence Management Solutions, LLC in the amount of $8,241,823.42, plus any additional damages that accrue through the date of judgment, any additional accrual of payment obligations under the Lease, Trigild IVL, LLC attorneys' fees and costs, and interest at the legal rate from the date the judgment is entered until the judgment is paid in full, and such other and further relief as is just and proper.

Dated: August 19, 2025

    Respectfully submitted,

By: */s/ Constantinos G. Panagopoulos*
Constantinos G. Panagopoulos, #430932
Sarabeth Rangiah, #1630767
Ballard Spahr, LLP
1909 K Street NW, 12th Floor
Washington, D.C. 20006
202 661-2202
202-661-2234
cgp@ballardspahr.com
rangiahs@ballardspahr.com
**Counsel for Trigild IVL, LLC**